

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER OF | § | No. 08-16-00034-CV |
| THE ESTATE OF | § | Appeal from the |
| JOSE LIDIO ROMO, DECEASED. | § | Probate Court No. 1 |
|  | § | of El Paso County, Texas |
|  | § | (TC#2009-P00624) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant all costs in this Court. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 3RD DAY OF NOVEMBER, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Hughes, J., and Larsen, J. (Senior Judge)
Larsen, J. (Senior Judge), sitting by assignment